AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
**FILED**

OCT 20 2017

Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| ERNEST ADRIAN HERNANDEZ | ) | Case No. M-17- 1888-M |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 19, 2017__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21, U.S.C. 841(a)(1) | Manufacture, distribute, or dispense, or possess with intent to manufacture, distribute, or dispense, a controlled substance. |

This criminal complaint is based on these facts:

See Attachment A

☑ Continued on the attached sheet.

*Complainant's signature*

Jacob W. Frey, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/20/2017

*Judge's signature*

City and state: McAllen, Texas

United States Magistrate Judge
*Printed name and title*

**Attachment "A"**

1. On October 19, 2017 at approximately 10:30pm US Customs and Border Protection (CBP) officers notified a Task Force Officer (TFO) of the Federal Bureau of Investigation (FBI) that they had encountered a red 1997 Chevy Monte Carlo at the Hidalgo Port of Entry (POE). An x-ray of the vehicle showed abnormalities in the driver's side door of the vehicle. Upon further examination, CBP officers discovered four packages of a white crystalline substance inside the driver's side door.
2. FBI agents arrived and contacted the driver who identified himself as Ernest Adrian Hernandez. Hernandez stated that he needed money to pay his bills, so his father introduced him to an older man in Reynosa, Mexico, known as "El Tio". El Tio offered to pay Hernandez $1,000 to transport methamphetamine from Reynosa into the United States. Earlier in the day on October 19, Hernandez saw El Tio's workers bring in the crystal methamphetamine in containers, then scoop the methamphetamine into bags before wrapping them in plastic and hiding them in the door of his car.
3. Hernandez was supposed to deliver the methamphetamine to a short Hispanic male nicknamed "Chaparro" in Pharr, Texas. Chaparro lives in an apartment complex south of Nolana on Jackson Road. Hernandez was supposed to drive to a Stripes convenience store located at Nolana and Jackson, then call his father to let him know he was there. Hernandez' father would then tell El Tio, who would call Chaparro.
4. Hernandez said this was the second time he had smuggled methamphetamine for El Tio. The last time was several months ago. On that occasion he smuggled five or six bundles of methamphetamine in the door of his vehicle and was paid $2,000. On this occasion Hernandez also delivered to Chaparro. Hernandez said he met with Chaparro at the Stripes on Nolana and Jackson, then followed Chaparro to his apartment complex where they removed the methamphetamine from the door in the parking lot.